# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-3069

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Plaintiff - Appellee, | * |
| | * |
| vs. | * Appeal from the United |
| | * States District Court |
| Ray L. Bowman, also known as | * for the Western District |
| Charles Clark, also known as | * of Missouri. |
| C. Clark, | * |
| | *   [UNPUBLISHED] |
| Defendant - Appellant. | * |

_____

Submitted: September 14, 1999
Filed: January 12, 2000

_____

Before BOWMAN, MORRIS SHEPPARD ARNOLD, Circuit Judges, and BOGUE,[1]
District Judge.

_____

PER CURIAM.

Ray Bowman appeals his conviction and sentence for possession of unregistered silencer components in violation of 26 U.S.C. § 5861(d). After a thorough review, we

_____

[1] The Honorable Andrew W. Bogue, United States Senior District Judge for the District of South Dakota, sitting by designation.

are satisfied that the district court[2] correctly instructed the jury regarding the *mens rea* requirement for the offense. We also conclude that a comprehensive opinion in this case would lack precedential value. We therefore affirm on the basis of the district court's rulings without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2] The Honorable Fernando J. Gaitan, United States District Judge for the Western District of Missouri.